UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHIMICLES & TIKELLIS LLP
*Attorneys for Plaintiffs Alvin Victor and*
*Harriet G. Victor and William D. Huhn*
Nicholas E. Chimicles (NC-8871)
Kimberly M. Donaldson
Denise Davis Schwartzman
One Haverford Centre
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500
Facsimile: (610) 649-3633

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/08

IN RE ADELPHIA COMMUNICATIONS CORP.  :
SECURITIES & DERIVATIVE LITIGATION    :    03 MD 1529 (LMM)
                                      :

### +ORDER
### STIPULATION TO CORRECT OR MODIFY THE
### RECORD PURSUANT TO FED. R. APPL. P. 10(e)(2)(A)

IT IS HEREBY STIPULATED AND AGREED, by and among Co-Lead Counsel for Lead Plaintiffs and Counsel for Plaintiffs Alvin and Harriet G. Victor and William D. Huhn ("Victor Plaintiffs") as follows:

Several pleadings and documents filed with the Court are missing from the docket and/or the file of the Clerk of the Court. The following pleadings and documents, attached hereto as exhibits, should therefore be reflected on the docket and in the record for review and the corresponding index transmitted to the United States Court of Appeals for the Second Circuit.

Undersigned counsel hereby attest that the attached documents are true and correct copies.



| EXHIBIT | DATE | DESCRIPTION |
|---------|------|-------------|
| 1 | 07/13/2004 | Plaintiffs' Joint Memorandum of Law in Opposition to the Global Motion to Dismiss the Amended Complaints on Statute of Limitations Grounds |
| 2 | 11/27/2006 | Ex Parte Motion for Order to Show Cause |
| 3 | 11/27/2006 | Affidavit of Nicholas E. Chimicles in Support of Ex Parte Motion for Order to Show Cause |
| 4 | 11/27/2006 | Notice of Motion and Motion to Establish Dispute Resolution Procedure and To Set Aside Amount of Fee Award in Dispute |
| 5 | 11/27/2006 | Memorandum of Points and Authorities In Support of Motion to Establish Dispute Resolution Procedure and to Set Aside Amount of Fee Award in Dispute |
| 6 | 12/11/2006 | Lead Plaintiffs' Letter to the Court |
| 7 | 12/11/2006 | The Victor Plaintiffs' Letter to the Court |

Dated: 10/22/08

**CO-LEAD COUNSEL FOR LEAD PLAINTIFFS**

By: /s/

ABBEY SPANIER RODD & ABRAMS, LLP
Arthur N. Abbey (AA-8074)
Judith L. Spanier
Richard B. Margolies
212 East 39th Street
New York, NY 10016
(212) 889-3700
(212) 684-5191 (fax)

- and -

**COUNSEL FOR THE VICTOR PLAINTIFFS**

By: /s/

CHIMICLES & TIKELLIS LLP
Nicholas E. Chimicles (NC-8871)
Kimberly M. Donaldson
Denise Davis Schwartzman
One Haverford Centre
361 W. Lancaster Avenue
Haverford, PA 19041
(610) 642-8500
(610) 649-3633 (fax)

KIRBY McINERNEY LLP
Roger W. Kirby
Richard L. Stone (RS-5324)
Mark A. Strauss
825 Third Avenue, 16th Floor
New York, New York 10022
(212) 371-6600
(212) 751-2540


**SO ORDERED**, this 24 day of October, 2008

---------- M.M. ----------
Hon. Lawrence M. McKenna, U.S.D.J.

# CERTIFICATE OF SERVICE

I, Kimberly L. Kimmel, hereby certify that on October 23, 2008, a true copy of the enclosed Stipulation to Correct or Modify the Record Pursuant to Fed. R. Appl. P. 10(e)(2)(A) with corresponding exhibits has been served via first class mail to the following:

Arthur N. Abbey, Esquire
Judith L. Spanier, Esquire
Richard B. Margolies
Abbey Spanier Rodd & Abrams, LLP
212 East 39th Street
New York, NY 10016
(212) 889-3700
(212) 684-5191 (fax)

Roger W. Kirby, Esquire
Richard L. Stone, Esquire
Mark A. Strauss, Esquire
Kirby McInerney LLP
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 371-6600
(212) 751-2540 (fax)

*Kimberly L. Kimmel*
Kimberly L. Kimmel