# Lowenstein
# Sandler

ATTORNEYS AT LAW

**Thomas E. Redburn Jr.**
Member of the Firm

Tel  973 597 2456
Fax  973 597 2457

tredburn@lowenstein.com

## MEMO ENDORSED (p. 2)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2010

February 11, 2010

**VIA FEDEX**

RECEIVED
IN CHAMBERS

FEB 16 2010

LAWRENCE M. McKENNA
USDJ    SDNY

Honorable Lawrence M. McKenna, U.S.D.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: ***In re Adelphia Communications Corp. Securities & Derivative Litigation***
**03 MD 1529 (LMM);**

*W.R. Huff Asset Management Co., L.L.C.  v. Deloitte & Touche LLP, et al.*
**Civil Action No. 03-cv-5752 (LMM)**

Dear Judge McKenna:

This firm represents W.R. Huff Asset Management Co., L.L.C. and the beneficial owner plaintiffs ("Plaintiffs") in the above-referenced matter. We write to request an extension of the current deadline for Plaintiffs to file their papers in opposition to the Motion to Dismiss the Third Amended Complaint filed by Defendants Deloitte & Touche, LLP, ABN AMRO, Inc., Banc of America Securities, LLC, Barclay's Capital, Inc., BMO Capital Markets Corp., BNY Mellon Capital Markets, LLC, Calyon Securities (USA) Inc., CIBC World Markets Corp., Citigroup, Inc., Citibank, N.A., Cowen and Company, LLC, Deutsche Bank AG, Deutsche Bank Securities, Inc., Fleet Securities, Inc., J.P. Morgan Securities, Inc., Morgan Stanley & Co. Incorporated, PNC Capital Markets, LLC, Scotia Capital (USA) Inc., SunTrust Robinson Humphrey, Inc., TD Securities, (USA) LLC, Toronto Dominion (Texas) LLC, The Bank of Nova Scotia, Credit Suisse Securities (USA) LLC, The Royal Bank of Scotland PLC, Mizuho International PLC, Buchanan Ingersoll & Rooney, PC, and Latham & Watkins LLP ("Moving Defendants") on January 11, 2010. All counsel for the Moving Defendants have consented to this request, and similarly request an extension of the deadline for the Moving Defendants to file their reply papers in further support of their Motion, to which we have consented. This is the parties' second request for an extension of the briefing schedule. The Court granted the parties' previous request for an extension.

---

**Lowenstein Sandler PC**    In California, Lowenstein Sandler LLP    **www.lowenstein.com**

Reply:  65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500  Fax 973 597 2400
1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402

Honorable Lawrence M. McKenna, U.S.D.J.                    February 11, 2010
Page 2

If these requests are granted by the Court, Plaintiffs' deadline to file their opposition papers would be extended from Friday, February 19, 2010, to Friday February 26, 2010. The Moving Defendants' time to file their reply papers would be extended from Tuesday, March 23, 2010, to Friday, April 9, 2010.

We thank the Court for its consideration of this matter.

Respectfully submitted,

Thomas E. Redburn Jr.

TER:ep

cc:      All Counsel (via email)

11213/8
02/11/10 13751753.1

**Lowenstein Sandler**
ATTORNEYS AT LAW