UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
IN RE ADELPHIA COMMUNICATIONS      :   03 MDL 1529 (LMM)
CORPORATION SECURITIES AND         :
DERIVATIVE LITIGATION              :   MEMORANDUM AND ORDER
:
------------------------------------x
:
THIS MEMORANDUM AND ORDER APPLIES TO:
04 Civ. 10252 & 05 Civ. 4055       :
:
------------------------------------x

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 9/9/2010

McKENNA, D.J.

      Counsel in the above cases are directed to advise the Court in writing not later than September 17, 2010 as to what discovery, if any, remains to be completed in each of the above identified cases.

Dated: September 9, 2010

SO ORDERED.

_____
Lawrence M. McKenna
U.S.D.J.

COPIES MAILED TO COUNSEL - 9 AUG 2010