UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE ADELPHIA COMMUNICATIONS    03 MD 1529 (LMM)
CORPORATION SECURITIES AND DERIVATIVE
LITIGATION

**STIPULATION AND ORDER**

This Document Relates To:

C. Philip Rainwater v. Deloitte & Touche LLP
Case No. 1:04-cv-03961 (LMM)

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff C. Philip Rainwater ("Rainwater") and Defendant Deloitte & Touche LLP, that Rainwater shall have until November 23, 2010 to file a Second Amended Complaint pursuant to the Court's Memorandum and Order dated August 30, 2010.

Dated: New York, New York
       September 20, 2010

| **CRAVATH, SWAINE & MOORE LLP** | **LeCLAIR RYAN, P.C.** |
|---|---|
| By: _____ | By: _____ |
| James Canning | Michael T. Conway |
| 825 Eighth Avenue | 830 Third Avenue, 5th Floor |
| New York, NY 10019 | New York, NY 10022 |
| (212) 474-1000 | (203) 430-8032 |
| *Attorneys for Deloitte & Touche, LLP* | *Attorneys for C. Philip Rainwater* |

Dated: New York, New York
       _____

SO ORDERED:

_____
U.S.D.J.