UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ADELPHIA COMMUNICATIONS    03 MD 1529 (LMM)
CORPORATION SECURITIES AND DERIVATIVE
LITIGATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2010

**STIPULATION AND ORDER**

This Document Relates To:

C. Philip Rainwater v. Deloitte & Touche LLP
Case No. 1:04-cv-03961 (LMM)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff C. Philip Rainwater ("Rainwater") and Defendant Deloitte & Touche LLP, that Rainwater shall have until November 23, 2010 to file a Second Amended Complaint pursuant to the Court's Memorandum and Order dated August 30, 2010.

Dated: New York, New York
September 20, 2010

**CRAVATH, SWAINE & MOORE LLP**

By: _____
James Canning
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
*Attorneys for Deloitte & Touche, LLP*

**LeCLAIR RYAN, P.C.**

By: _____
Michael T. Conway
830 Third Avenue, 5th Floor
New York, NY 10022
(203) 430-8032
*Attorneys for C. Philip Rainwater*

Dated: New York, New York
9/20/10

SO ORDERED:

_____
U.S.D.J.