**ABBEY SPANIER RODD & ABRAMS, LLP**
ATTORNEYS AT LAW

212 EAST 39TH STREET
NEW YORK, NEW YORK 10016
PHONE 212 889 3700
FAX 212 684 5191
www.abbeyspanier.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2010

JUDITH L. SPANIER
jspanier@abbeyspanier.com

October 5, 2010

RECEIVED IN CHAMBERS
OCT 5 - 2010
LAWRENCE M. McKENNA
USDJ   SDNY

**BY FAX (212-805-7919)**

Honorable Lawrence M. McKenna, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1604
New York, New York 10007-1312

**MEMO ENDORSED** (p.2)

Re: In re Adelphia Communications Corp. Securities Litigation
03 MD 1529 (LMM)

Dear Judge McKenna:

This firm and Kirby McInerney are co-Lead Counsel for Lead Plaintiffs in the above-referenced consolidated class action (the "class action"). We write to request an additional thirty day adjournment of the Rule 23 settlement hearing on a partial settlement of the Class's claims with certain officer and director defendants of Adelphia. The hearing was originally scheduled to be held on Thursday, June 10, 2010 and was adjourned at our request to October 15, 2010 at 10:00 a.m. Plaintiffs request that the hearing be adjourned until a date in mid to late November convenient to the Court.

In January 2010, Lead Plaintiffs submitted for the Court's preliminary approval a proposed settlement between Lead Plaintiffs on behalf of the class, and defendants John J. Rigas, Timothy J. Rigas, Michael J. Rigas, James P. Rigas, Peter L. Venetis, Erland E. Kailbourne, Dennis P. Coyle, Leslie J. Gelber, Pete J. Metros and Michael C. Mulcahey. Included with the submission was the Statement pursuant to F. R. Civ. P. 23(e)(2) advising the Court that the parties had entered into a supplemental agreement allowing for the termination of the Settlement in the event of certain occurrences.

By order dated January 20, 2010, the Court preliminarily approved the proposed settlement, directed the dissemination of notice, set dates for objections and opt outs and set the June 10, 2010 final hearing date. Notice has been disseminated and the time for objections and opting out has passed. There are no objections to the settlement. However, the settlement administrator has received a number of opt outs from class members that would permit the defendants to terminate the settlement under the terms of the supplemental agreement referenced in the Rule 23(e)(2) statement.

The parties together with the mediator are continuing to use their best efforts to avoid the termination of the settlement. We are hopeful that an additional thirty day adjournment will facilitate the parties' ability to work through the issues raised by the opt outs so that the

ABBEY SPANIER RODD & ABRAMS, LLP

Honorable Lawrence M. McKenna, U.S.D.J.
October 5, 2010
Page 2

settlement can be preserved and presented to the Court for final approval in the latter part of November 2010.

This is the third request for such an extension and all of the parties to the settlement agreement consent to the request.

There is no impediment to the adjournment of the hearing as the Court-approved Notice disseminated to the Class contemplated that such an adjournment might occur and provided for no additional notice under those circumstances. In any event, plaintiffs would post the adjourned date for the hearing on the website dedicated to the settlement. No other dates in the Court's January 20, 2010 order are affected by the requested adjournment.

In the event that there are any questions regarding this request, we are available at the Court's convenience to address them.

*Hearing adjourned to 11/15/10 at 10:00 A.M. So ordered.*
*[signature] (LMM) 10/6/10*

Respectfully submitted,

ABBEY SPANIER RODD & ABRAMS, LLP

By: _____
    Judith L. Spanier

KIRBY MCINERNEY, LLP

By: _____
    Mark A. Strauss (by JLS)

JLS/sab

cc:   All Counsel on Service List