McKenna, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ADELPHIA COMMUNICATIONS          03 MD 1529 (LMM)
CORPORATION SECURITIES AND DERIVATIVE
LITIGATION

STIPULATION ⎯ORDER

This Document Relates To:

C. Philip Rainwater v. Deloitte & Touche, LLP
Case No. 1:04-cv-03961 (LMM)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff C. Philip Rainwater ("Rainwater") and Deloitte & Touche LLP, that Rainwater shall have until December 31, 2010, to file a Second Amended Complaint pursuant to the Court's Memorandum and Order dated August 30, 2010.

Dated: New York, New York
       November 15, 2010

CRAVATH, SWAINE & MOORE LLP            LeCLAIR RYAN, P.C.

By: _____            By: _____
    Max R. Shulman                         Michael T. Conway
825 Eighth Avenue                      830 Third Avenue, 5th Floor
New York, NY 10019                     New York, NY 10022
(212) 474-1000                         (203) 430-8032
*Attorneys for Deloitte & Touch LLP*   *Attorneys for C. Philip Rainwater*


Dated: New York, New York
       11/16/10

SO ORDERED:

_____
U.S.D.J.