

*RE McKenna, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ADELPHIA COMMUNICATIONS
CORPORATION SECURITIES AND DERIVATIVE
LITIGATION

This Document Relates To:

C. Philip Rainwater v. Deloitte & Touche LLP
Case No. 1:04-cv-03961 (LMM)

03 MD 1529 (LMM)
→ 04 Civ 3961 (LMM)

STIPULATION AND ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **01/04/2011**

IT IS HEREBY STIPULATED, between Plaintiff C. Philip Rainwater ("Rainwater") and

Defendant Deloitte & Touche LLP, by and through their respective counsel, that pursuant to Fed.

R. Civ. P. 4 (a)(1)(ii), all claims raised in the matter styled *C. Philip Rainwater v. Deloitte &*

*Touche LLP* Case No. 04-03961 (LMM), are hereby dismissed with prejudice and without costs

to either side.

Dated: New York, New York
        January 3, 2011

CRAVATH, SWAINE & MOORE LLP

By: _____
       James E. Canning
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
*Attorneys for Deloitte & Touche LLP*

LeCLAIR RYAN, P.C.

By: _____
       Michael T. Conway
830 Third Avenue, 5th Floor
New York, NY 10022
(203) 430-8032
*Attorneys for C. Philip Rainwater*

SO ORDERED:

_____   1/4/11
U.S.D.J.