# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   NEW YORK

**APPEARANCE**

Case Number: 1:03-md-01529-LMM-RLE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiffs.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/18/2011 | /s/ ROGER W. KIRBY |
| Date | Signature |
| | ROGER W. KIRBY           NY-4503 |
| | Print Name               Bar Number |
| | 825 THIRD AVENUE 16TH FLOOR |
| | Address |
| | NEW YORK        NY         10022 |
| | City            State      Zip Code |
| | (212) 317-2300        (212) 751-2540 |
| | Phone Number          Fax Number |