**ABBEY SPANIER RODD & ABRAMS, LLP**
ATTORNEYS AT LAW

212 EAST 39TH STREET

NEW YORK, NEW YORK 10016

PHONE 212 889 3700

FAX 212 684 5191

www.abbeyspanier.com

JUDITH L. SPANIER

jspanier@abbeyspanier.com

February 7, 2011

# MEMO ENDORSED

RECEIVED
IN CHAMBERS

FEB - 8 2011

LAWRENCE M. McKENNA
USDJ     SDNY

<u>BY FAX</u>

Honorable Lawrence M. McKenna, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1604
New York, New York 10007-1312

Re:  In re Adelphia Communications Corp. Securities Litigation
03 MD 1529 (LMM) *& 03 Civ. 5755 (LMM)*

Dear Judge McKenna:

This firm and Kirby McInerney are co-Lead Counsel for Lead Plaintiffs in the above-referenced consolidated class action (the "class action").

We write to confirm that co-Lead Counsel and counsel for the law firms of Bernstein Litowitz and Berman Devalerio have agreed to non-binding mediation before Magistrate Judge Ronald L. Ellis of the dispute underlying the pending motion before the Court. See Docket entries for January 11, and 31, 2011.

*So ordered.*

*[signature]*
*(SNJ)*
*2/9/11*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/09/2011

Respectfully submitted,

ABBEY SPANIER RODD & ABRAMS, LLP

By: *[signature]*
    Judith L. Spanier

KIRBY MCINERNEY, LLP

By: *[signature] Roger W. Kirby (by JLS)*
    Roger W. Kirby

cc: Gregory Joseph, Esq.