

212 EAST 39TH STREET
NEW YORK, NEW YORK 10016
PHONE 212 889 3700
FAX 212 684 5191
www.abbeyspanier.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/14/2011

JUDITH L. SPANIER
jspanier@abbeyspanier.com

February 14, 2011

# MEMO ENDORSED

RECEIVED
IN CHAMBERS

FEB 1 4 2011

LAWRENCE M. McKENNA
USDJ      SDNY

BY FAX

Honorable Lawrence M. McKenna, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1604
New York, New York 10007-1312

          Re:   In re Adelphia Communications Corp. Securities Litigation
                03 MD 1529 (LMM)  $ 03 Civ. 5755 (LMM)

Dear Judge McKenna:

   We write about two matters related to the filing of lead counsel's reply memorandum tomorrow in support of our motion for an injunction against the state court proceedings initiated by the Berman and Bernstein law firms.

   First, your Honor's Individual Practice Rule 2.D requires that motion papers "shall be filed promptly after service." In keeping with prior papers in respect of the instant matter, unless the court orders otherwise, we would instead deliver two copies of the reply papers to chambers.

   Second, Individual Practice Rule 2.C limits reply memoranda to 10 pages, "unless permission has been granted." We respectfully request an enlargement to 15 pages, exclusive of the signature page. We have consulted with opposing counsel, who have advised that they do not oppose this request.

Approved. So
ordered.
LMM 2/14/11

Respectfully submitted,

Judith L. Spanier

JLS:lk

Gregory Joseph, Esq.
Douglas Pepe, Esq.
Roger Kirby, Esq.