UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-1-11

In Re: ADELPHIA COMMUNICATION
CORP. , et al.

:
:
:
:
:
:
:

SETTLEMENT
CONFERENCE ORDER

03 Civ. 5755 (LMM) (RLE)
03 MDL 1529 (LMM) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

This action has been referred to Magistrate Judge Ronald L. Ellis for SETTLEMENT.

**A CONFERENCE WILL BE HELD IN THIS CASE BY THE JUDGE ON MARCH 16, 2011, AT 11:00 A.M. IN COURTROOM 6A, 500 PEARL STREET.** All counsel must be present. Plaintiff's counsel is responsible for confirming with each defendant's counsel that all necessary participants are aware of this conference.

Unless excused by the Court, each party, together with counsel, must appear in person for the conference. If a party is not prepared to go forward with settlement discussions, written notice to the Court is required prior to the conference.

No request for adjournment will be considered unless made at least **THREE BUSINESS DAYS** before the scheduled conference and only after the parties have consulted with each other. Direct inquiries to Michael Brantley, 212-805-0242.

_Ronald Ellis_

The Honorable Ronald L. Ellis
United States Magistrate Judge

SO ORDERED
March 1, 20011