

212 EAST 39TH STREET
NEW YORK, NEW YORK 10016
PHONE 212 889 3700
FAX 212 684 5191
www.abbeyspanier.com

JUDITH L. SPANIER
jspanier@abbeyspanier.com

March 30, 2011

**MEMO ENDORSED**

BY FAX

> RECEIVED IN CHAMBERS
> MAR 3 0 2011
> LAWRENCE M. McKENNA
> USDJ    SDNY

Honorable Lawrence M. McKenna, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1604
New York, New York 10007-1312

Re: In re Adelphia Communications Corp. Securities Litigation
03 MD 1529 (LMM)  03 Civ. 5755 (LMM)

Dear Judge McKenna:

We write to report the status of the dispute first presented by co-Lead Counsel to the Court on January 10, 2011 between themselves and the law firms of Bernstein Litowitz Berger & Grossmann LLP and Berman DeValerio (collectively, the "Parties"). With the assistance of the Honorable Ronald L. Ellis, and as reflected on the record before Judge Ellis on March 16, 2011, the Parties have reached a final mediated resolution of their dispute.

In consideration of that resolution, the Parties have agreed to voluntarily discontinue with prejudice the New York state court action, Index No. 652379/2010, enjoined by this Court's March 16, 2011 order (ECF 671) (the "Order"), and any and all claims that were, or that could have been asserted based on the alleged agreements(s) that were the subject of the New York state court action and the mediation in this Court. As such, we respectfully request that Your Honor dissolve the injunction issued in the Order as moot.

Granted. So ordered.
M.N. (SM) 3/30/11

Respectfully submitted,

Judith L. Spanier

JLS:sab

cc: Gregory P. Joseph, Esq.
    Douglas J. Pepe, Esq.
    Roger W. Kirby, Esq.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3/31/2011