USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE ADELPHIA COMMUNICATIONS
CORPORATION SECURITIES AND
DERIVATIVE LITIGATION

03 **MDL** 1529 (LMM)

------------------------------------------------------------X
THIS DOCUMENT RELATES TO:
07 Civ. 11152
------------------------------------------------------------X

**JUDGMENT**

Defendants having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and for an order striking declarations submitted by plaintiff in opposition to the motion for summary judgment, and the matter having come before the Honorable Lawrence M. McKenna, United States District Judge, and the Court, on June 24, 2011, having rendered its Memorandum and Order denying defendants' motion for an order striking declarations is denied as moot, and granting defendants' motion for summary judgment is granted, and dismissing the complaint in 07 Civ. 11152, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated June 24, 2011, defendants' motion for an order striking declarations is denied as moot; defendants' motion for summary judgment is granted; and the complaint in 07 Civ. 11152 is dismissed.

**Dated:** New York, New York
June 28, 2011

**RUBY J. KRAJICK**

**Clerk of Court**

BY: _____
**Deputy Clerk**