McKenna, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

IN RE ADELPHIA COMMUNICATIONS
CORPORATION SECURITIES AND DERIVATIVE
LITIGATION

03 MD 1529 (LMM)

------------------------------------------------------------- X

This Document Relates To:

W.R. Huff Management Co., LLC

                Plaintiff,

              -against-

DELOITTE & TOUCHE LLP, et al.,

                Defendants.

Case No. 03-CV-5753 (LMM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2011

------------------------------------------------------------- X

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff W.R. Huff Management Co., LLC ("Plaintiff") and defendants Banc of America Securities LLC, Barclays Capital Inc., Citibank, N.A., Citigroup Global Markets Holdings, Inc. (f/k/a Salomon Smith Barney Inc. and Smith Barney Inc.), Citigroup, Inc., and TD Securities (USA) LLC (f/k/a TD Securities (USA) Inc.) (collectively, the "Bank Defendants") that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, by its undersigned counsel, and the Bank Defendants, by their undersigned counsel, hereby stipulate to the dismissal with prejudice of the claims asserted by Plaintiff against the Bank Defendants, without costs, in accordance with the Settlement Agreement dated June 1, 2011, between them, with the Court to retain jurisdiction with respect to any matter necessary to enforce the terms of such agreement.

Dated: New York, New York
\_\_, 2011

        LOWENSTEIN SANDLER PC

By: _____
     Lawrence M. Rolnick (LR-0546)

65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

Attorneys for Plaintiff

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
     Mitchell A. Lowenthal (ML-2541)

One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000
Fax: (212) 225-3999

Attorneys for the Bank Defendants


SO ORDERED:

_____
United States District Judge
Dated:            , 2011

2

Dated: New York, New York
      June 22, 2011

                                        LOWENSTEIN SANDLER PC

                                        By: _____
                                               Lawrence M. Rolnick (LR-0546)

                                        65 Livingston Avenue
                                        Roseland, New Jersey 07068
                                        Tel: (973) 597-2500
                                        Fax: (973) 597-2400

                                        Attorneys for Plaintiff

                                        CLEARY GOTTLIEB STEEN & HAMILTON LLP

                                        By: _____
                                               Mitchell A. Lowenthal (ML-2541)

                                        One Liberty Plaza
                                        New York, New York 10006
                                        Tel: (212) 225-2000
                                        Fax: (212) 225-3999

                                        Attorneys for the Bank Defendants

SO ORDERED:

_____
United States District Judge
Dated:   6/24, 2011

2

NEWYORK:2376599.1
DRAFT 04/04/11 3:45PM