McKenna, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
IN RE ADELPHIA COMMUNICATIONS                                  :   03 MD 1529 (LMM)
CORPORATION SECURITIES AND DERIVATIVE                          :
LITIGATION                                                     :
                                                               :
-------------------------------------------------------------- X
                                                               :
This Document Relates To:                                      :
                                                               :   Case No. 07-CV-6849 (LMM)
PENNSYLVANNIA STATE EMPLOYEES'                                 :
RETIREMENT SYSTEM,                                             :
                                                               :
                          Plaintiff,                           :
                                                               :
                   -against-                                   :
                                                               :
DELOITTE & TOUCHE LLP, et al.,                                 :
                                                               :
                          Defendants.                          :
-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2011
```

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiff Pennsylvania State Employees' Retirement System ("Plaintiff") and defendants Banc of America Securities LLC and Citigroup Global Markets Holdings, Inc. (f/k/a Salomon Smith Barney Inc. and Smith Barney Inc.) (together, the "Bank Defendants") that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, by its undersigned counsel, and the Bank Defendants, by their undersigned counsel, hereby stipulate to the dismissal with prejudice of the claims asserted by Plaintiff against the Bank Defendants, without costs, in accordance with the Settlement Agreement dated June 1, 2011, between them.

Dated: New York, New York
       ___, 2011

          LOWENSTEIN SANDLER PC

          By: _____
              Lawrence M. Rolnick (LR-0546)

          65 Livingston Avenue
          Roseland, New Jersey 07068
          Tel: (973) 597-2500
          Fax: (973) 597-2400

          Attorneys for Plaintiff

          CLEARY GOTTLIEB STEEN & HAMILTON LLP

          By: _____
              Mitchell A. Lowenthal (ML-2541)

          One Liberty Plaza
          New York, New York 10006
          Tel: (212) 225-2000
          Fax: (212) 225-3999

          Attorneys for the Bank Defendants

SO ORDERED:

_____
United States District Judge
Dated:           , 2011

2

Dated: New York, New York
       June 22, 2011

LOWENSTEIN SANDLER PC

By: _____
    Lawrence M. Rolnick (LR-0546)

65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

Attorneys for Plaintiff

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
    Mitchell A. Lowenthal (ML-2541)

One Liberty Plaza
New York, New York 10006
Tel: (212) 225-2000
Fax: (212) 225-3999

Attorneys for the Bank Defendants

SO ORDERED:

_____
United States District Judge
Dated:  6/24 , 2011

2

NEWYORK:2373271.1
DRAFT 03/28/11 1:31PM