**ABBEY SPANIER RODD & ABRAMS, LLP**
ATTORNEYS AT LAW

212 EAST 39TH STREET
NEW YORK, NEW YORK 10016

PHONE 212 889 3700

FAX 212 684 5191

www.abbeyspanier.com

JUDITH L. SPANIER
jspanier@abbeyspanier.com

September 13, 2011

*MEMO ENDORSED*

**BY FAX (212-805-7919)**

Honorable Lawrence M. McKenna, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1604
New York, New York 10007-1312

    Re:    **In re Adelphia Communications Corp. Securities Litigation
03 MD 1529 (LMM)**

Dear Judge McKenna:

This firm and Kirby McInerney are co-Lead Counsel for Lead Plaintiffs in the above-referenced consolidated class action (the "class action").

In January 2010, Lead Plaintiffs submitted for the Court's preliminary approval a proposed partial settlement between Lead Plaintiffs on behalf of the Class, and defendants John J. Rigas, Timothy J. Rigas, Michael J. Rigas, James P. Rigas, Peter L. Venetis, Erland E. Kailbourne, Dennis P. Coyle, Leslie J. Gelber, Pete J. Metros and Michael C. Mulcahey.

We write to advise the Court that the last of the pre-conditions to the effectuation of the partial settlement of the Class's claims with certain officer and director defendants has been met.

In light of that, we request that the Court set a date for the final fairness hearing on the proposed settlement. We understand that Wednesday September 21, 2011 at 10:15 am is a time that is convenient for the Court and ask that the matter be set for that time and date. We have already advised co-counsel of that proposed date and have heard no objection to it.

*So ordered.*
*[signature] LMM 9/13/11*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2011

Honorable Lawrence M. McKenna, U.S.D.J.
September 13, 2011
Page Two

In the event that there are any questions regarding this request, we are available at the Court's convenience to address them.

Respectfully submitted,

ABBEY SPANIER RODD & ABRAMS, LLP

By: _____
    Judith L. Spanier

KIRBY MCINERNEY, LLP

By: _____
    Mark A. Strauss (by JLS)

JLS/sab

cc: All Counsel on Service List