UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2011

------------------------------------x

IN RE ADELPHIA COMMUNICATIONS
CORP. SECURITIES & DERIVATIVE LITIG.

03 MD 1529 (LMM)

This Document Relates To:

NEW YORK CITY EMPLOYEES' RETIREMENT
SYSTEM, ET AL.;

Case No. 02-CV-9804 (LMM)
Case No. 03-CV-5789 (LMM)

*Does not close either case*

------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs New York City Employees' Retirement System, New York City Teachers' Retirement System, New York City Board of Education Retirement System, New York City Police Department Pension Fund, New York City Fire Department Pension Fund, New York City Police Officers' Variable Supplements Fund, New York City Police Superior Officers' Variable Supplements Fund, New York City Firefighters' Variable Supplements Fund and New York City Fire Officers' Variable Supplements Fund (collectively, the "NYC Funds") and defendant Deloitte & Touche LLP ("Deloitte"), through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the claims asserted by the NYC Funds in the above-captioned actions (02-CV-9804 and 03-CV-5789) against Deloitte are dismissed with prejudice and without costs.

Dated: September 26, 2011

| | |
|---|---|
| LABATON SUCHAROW LLP | CRAVATH, SWAINE & MOORE LLP |
| *[signature]* | *[signature]* |
| Jonathan M. Plasse (JP-7515) | James E. Canning (JC-0707) |
| 140 Broadway | Worldwide Plaza |
| New York, NY 10005 | 825 Eighth Avenue |
| Tel: (212) 907-0863 | New York, NY 10019 |
| Fax: (212) 907-7063 | Tel: (212) 474-1000 |
| | Fax: (212) 474-3700 |
| *Attorneys for the NYC Funds* | *Attorneys for Deloitte & Touche LLP* |

SO ORDERED:

*[signature]*

United States District Judge
Dated:   9/27, 2011