```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/05/2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE ADELPHIA COMMUNICATIONS
CORPORATION SECURITIES AND DERIVATIVE
LITIGATION

03 MD 1529 (LMM)

-------------------------------------------------------X

This Document Relates To:

LOS ANGELES COUNTY EMPLOYEES
RETIREMENT ASSOCIATION v. JOHN J. RIGAS,
ET AL.

Case No. 03-CV-5750

-------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Los Angeles County Employees Retirement Association ("LACERA") and defendants Dennis P. Coyle, Erland E. Kailbourne, Pete J. Metros, Peter L. Venetis, Michael C. Mulcahey, Leslie Gelber, and James R. Brown (collectively, the "Defendants"), through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the claims asserted by LACERA against Defendants in the above-captioned action are dismissed with prejudice, each party to bear its own costs.

_____
Stuart M. Grant
Megan D. McIntyre
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
*Counsel for Los Angeles County Employees Retirement Association*

_____
Alvin B. Davis
SQUIRE SANDERS & DEMPSEY
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131
*Counsel for Dennis P. Coyle, Leslie J. Gelber, Erland E. Kailbourne*

_____
Thomas E.L. Dewey
DEWEY PEGNO & KRAMARSKY, LLP
220 East 42nd Street, 33rd Floor
New York, NY 10017
*Counsel for Pete J. Metros*

_____
Jeffrey T. Golenbock
GOLENBOCK EISEMAN ASSOR BELL &
PESKOE LLP
437 Madison Avenue
New York, NY 10022
*Counsel for Peter Venetis*

_____
Mark Mahoney
HARRINGTON & MAHONEY
1620 Statler Towers
Buffalo, NY 14202-3093
*Counsel for Michael C. Mulcahey*

_____
Thomas E.L. Dewey
DEWEY PEGNO & KRAMARSKY, LLP
220 East 42nd Street, 33rd Floor
New York, NY 10017
*Counsel for Pete J. Metros*

_____
Jeffrey T. Golenbock
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022
*Counsel for Peter Venetis*

_____
Mark Mahoney
HARRINGTON & MAHONEY
1620 Statler Towers
Buffalo, NY 14202-3093
*Counsel for Michael C. Mulcahey*

| | |
|---|---|
| Thomas E.L. Dewey<br>DEWEY PEGNO & KRAMARSKY, LLP<br>220 East 42nd Street, 33rd Floor<br>New York, NY 10017<br>*Counsel for Pete J. Metros* | Jeffrey T. Golenbock<br>GOLENBOCK EISEMAN ASSOR BELL &<br>PESKOE LLP<br>437 Madison Avenue<br>New York, NY 10022<br>*Counsel for Peter Venetis* |

*/s/ Mark Mahoney*

Mark Mahoney
HARRINGTON & MAHONEY
1620 Statler Towers
Buffalo, NY 14202-3093
*Counsel for Michael C. Mulcahey*

SO ORDERED

*/s/*
USMJ 12/5/11