UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

IN RE ADELPHIA COMMUNICATIONS
CORPORATION SECURITIES AND DERIVATIVE   : 03 MD 1529 (LMM)
LITIGATION

----------------------------------------x

This Document Relates To:

LOS ANGELES COUNTY EMPLOYEES            : Case No. 03-CV-5750
RETIREMENT ASSOCIATION v. JOHN J. RIGAS,
ET AL.

----------------------------------------x



**NOTICE OF DISMISSAL** ᴄᴏʀɴᴇᴅ

Plaintiff Los Angeles County Employees Retirement Association files this Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), dismissing this action in its entirety as to defendants James P. Rigas, John J. Rigas, Michael J. Rigas, and Timothy J. Rigas in the above-captioned action. Each party shall bear its own costs

Dated: December 1, 2011

Stuart M. Grant
Megan D. McIntyre
GRANT & EISENHOFER P.A
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
*Counsel for Los Angeles County Employees Retirement Association*

So ORDERED: /s/ LMM  12/5/11
HON. LAWRENCE M. MCKENNA, USDJ

## CERTIFICATE OF SERVICE

I, Megan D. McIntyre, hereby certify that the foregoing NOTICE OF DISMISSAL was served upon the following counsel of record, on December 1, 2011 via facsimile and First Class U.S. Mail:

John Joseph Higson, Esq.
DILWORTH PAXSON, LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103-7595
*Counsel for James P. Rigas, John J. Rigas, Michael J. Rigas, and Timothy J. Rigas*

Mark Mahoney
HARRINGTON & MAHONEY
1620 Statler Towers
Buffalo, NY 14202-3093
*Counsel for Michael C. Mulcahey*

Stephen M. Kramarsky
DEWEY PEGNO & KRAMARSKY, LLP
220 East 42nd Street, 33rd Floor
New York, NY 10017
*Counsel for Pete J. Metros*

Jeffrey T. Golenbock
GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022
*Counsel for Peter Venetis*

Alvin B. Davis
SQUIRE SANDERS & DEMPSEY
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131
*Counsel for Dennis P. Coyle, Leslie J. Gelber, Erland E. Kailbourne*

Megan D. McIntyre