```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/05/2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE ADELPHIA COMMUNICATIONS             :
CORPORATION SECURITIES AND DERIVATIVE     :       03 MD 1529 (LMM)
LITIGATION                                :

-----------------------------------------------------------------X

This Document Relates To:                 :

FRANKLIN STRATEGIC INCOME FUND, et al.    :       Case No. 03-CV-5751 ←
v. JOHN J. RIGAS, et al.                  :

-----------------------------------------------------------------X

## STIPULATION OF DISMISSAL [ANDORDER]

   IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Franklin

Strategic Income Fund, Franklin Custodian Fund-Income Fund, FIST-Franklin Convertible

Securities Fund, FTVIPT-Strategic Income Fund, FTIF-Franklin High Yield Fund, FTVIPT-

Franklin Income Securities Fund, FTIF-Franklin Income Fund, Franklin AGE High Income

Fund, FTVIPT-Franklin High Income Fund, Redwood CBO, Franklin Institutional High Yield

Fixed Income Fund, Franklin Multi-Income Fund, and FIST-Franklin Total Return Fund

(collectively, "Plaintiffs") and defendants Dennis P. Coyle, Erland E. Kailbourne, Pete J. Metros,

Peter L. Venetis, Michael C. Mulcahey, Leslie Gelber, and James R. Brown (collectively, the

"Non-Rigas Individual Defendants"), through their undersigned counsel, that pursuant to Federal

Rule of Civil Procedure 41(a)(1), the claims asserted by Plaintiffs against the Non-Rigas

Individual Defendants in the above-captioned action are dismissed with prejudice, each party to

bear its own costs.

SO ORDERED

_____

(SDJ) 12/5/11

_[signature]_

Stuart M. Grant
Megan D. McIntyre
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
*Counsel for Plaintiffs*

Alvin B. Davis
SQUIRE SANDERS & DEMPSEY
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131
*Counsel for Dennis P. Coyle, Leslie J. Gelber,*
*Erland E. Kailbourne*

_[signature]_

Thomas E.L. Dewey
DEWEY PEGNO & KRAMARSKY, LLP
220 East 42nd Street, 33rd Floor
New York, NY 10017
*Counsel for Pete J. Metros*

Jeffrey T. Golenbock
GOLENBOCK EISEMAN ASSOR BELL &
PESKOE LLP
437 Madison Avenue
New York, NY 10022
*Counsel for Peter Venetis*

Mark Mahoney
HARRINGTON & MAHONEY
1620 Statler Towers
Buffalo, NY 14202-3093
*Counsel for Michael C. Mulcahey*

Stuart M. Grant
Megan D. McIntyre
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
*Counsel for Plaintiffs*

Alvin B. Davis
SQUIRE SANDERS & DEMPSEY
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131
*Counsel for Dennis P. Coyle, Leslie J. Gelber,
Erland E. Kailbourne*

Thomas E.L. Dewey
DEWEY PEGNO & KRAMARSKY, LLP
220 East 42nd Street, 33rd Floor
New York, NY 10017
*Counsel for Pete J. Metros*

Jeffrey T. Golenbock
GOLENBOCK EISEMAN ASSOR BELL &
PESKOE LLP
437 Madison Avenue
New York, NY 10022
*Counsel for Peter Venetis*

Mark Mahoney
HARRINGTON & MAHONEY
1620 Statler Towers
Buffalo, NY 14202-3093
*Counsel for Michael C. Mulcahey*

Stuart M. Grant
Megan D. McIntyre
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
*Counsel for Plaintiffs*

Alvin B. Davis
SQUIRE SANDERS & DEMPSEY
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131
*Counsel for Dennis P. Coyle, Leslie J. Gelber,
Erland E. Kailbourne*

Thomas E.L. Dewey
DEWEY PEGNO & KRAMARSKY, LLP
220 East 42nd Street, 33rd Floor
New York, NY 10017
*Counsel for Pete J. Metros*

Jeffrey T. Golenbock
GOLENBOCK EISEMAN ASSOR BELL &
PESKOE LLP
437 Madison Avenue
New York, NY 10022
*Counsel for Peter Venetis*

Mark Mahoney
HARRINGTON & MAHONEY
1620 Statler Towers
Buffalo, NY 14202-3093
*Counsel for Michael C. Mulcahey*

Stuart M. Grant
Megan D. McIntyre
GRANT & EISENHOFER P.A.
1201 North Market Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
*Counsel for Plaintiffs*

Alvin B. Davis
SQUIRE SANDERS & DEMPSEY
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131
*Counsel for Dennis P. Coyle, Leslie J. Gelber,*
*Erland E. Kailbourne*

Thomas E.L. Dewey
DEWEY PEGNO & KRAMARSKY, LLP
220 East 42nd Street, 33rd Floor
New York, NY 10017
*Counsel for Pete J. Metros*

Jeffrey T. Golenbock
GOLENBOCK EISEMAN ASSOR BELL &
PESKOE LLP
437 Madison Avenue
New York, NY 10022
*Counsel for Peter Venetis*

Mark Mahoney
HARRINGTON & MAHONEY
1620 Statler Towers
Buffalo, NY 14202-3093
*Counsel for Michael C. Mulcahey*