```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
                                    :
IN RE ADELPHIA COMMUNICATIONS       :    03 MDL 1529 (LMM)
CORPORATION SECURITIES AND          :
DERIVATIVE LITIGATION               :    MEMORANDUM AND ORDER
                                    :
------------------------------------x
                                    :
This document relates to:           :
                                    :
NEW YORK CITY EMPLOYEES' RETIREMENT :
SYSTEM, ET AL. (03-CV-5789)         :
                                    :
         - and -                    :
                                    :
DIVISION OF INVESTMENT OF THE NEW   :
JERSEY DEPARTMENT OF THE TREASURY   :
(03-CV-2824)                        :
                                    :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2012

McKENNA, D.J.,

       Plaintiffs' move, pursuant to Fed. R. Civ. P. 56, for partial summary judgment, on the basis of collateral estoppel, of the liability of defendants John J. Rigas and Timothy Rigas.[1]

       The motion is granted for the reasons set forth in plaintiffs' Memorandum of Law of the NYC and New Jersey Funds in Support of Their Motion for Partial Summary Judgment Based on the Rigases' Criminal Convictions (Nov. 3, 2004) and plaintiffs' Reply Memorandum of Law of the NYC Funds and the New Jersey Funds in

---

[1] Familiarity with the underlying facts and all other decisions in this multidistrict litigation is assumed.
    A copy of this Memorandum and Order is being sent to counsel for plaintiffs, who are to distribute copies to all other opposing counsel.

COPIES MAILED  SEP 12 2012

Further Support of Their Motion for Partial Summary Judgment Based on the Rigases' Criminal Convictions (Sept. 15, 2005).

                                SO ORDERED.

Dated:  September 14, 2012

                                _____
                                     Lawrence M. McKenna
                                         U.S.D.J.