**GOLENBOCK EISEMAN**
**ASSOR BELL & PESKOE** LLP

Attorneys at Law | 437 Madison Ave., New York, NY 10022-7020
T (212) 907-7300 / F (212) 754-0330 | www.golenbock.com

# MEMO ENDORSED

Direct Dial No. (212) 907-7373
Direct Fax No. (212) 754-0330
Email Address: jgolenbock@golenbock.com

September 25, 2012

Hon. Lawrence M. McKenna
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/02/2012

RECEIVED
IN CHAMBERS
SEP 27 2012
LAWRENCE M. McKENNA
USDJ    SDNY

Re: *In re Adelphia Securities Litigation (03 MDL 1529)*

Dear Judge McKenna:

I am writing in response to the request by Mr. Zaepfel. To the best of my knowledge, at this time there are no pending motions as to Mr. Venetis in the above captioned cases that remain unresolved.

Respectfully yours,

Jeffrey T. Golenbock

JTG:df

1408867.1

# **MEMORANDUM**

Date: September 26, 2012

To: LMM

Fr: Ken Zaepfel

re: Motions Pending as to Deft. Peter L. Venetis

The attached letter received today from Attorney Jeffrey T. Golenbock confirms there are no pending motions to date as to Peter L. Venetis. The following motion can be termed:

Doc. #71 - 03 MD 1529 (LMM), a Motion to Dismiss filed on 3/08/04 by Peter L. Venetis.

This Motion was docketed in the MDL case on 3/08/04 and cross-referenced to related civil cases that were transferred in from other U.S. District Courts. As such, the same Motion was docketed in the following civil cases and can be termed:

Doc. #47 - 02 Civ. 9804 (LMM), a Motion to Dismiss filed on 3/08/04 by Peter L. Venetis;
Doc. #5 - 03 Civ. 5760 (LMM), a Motion to Dismiss filed on 3/08/04 by Peter L. Venetis;
Doc. #6 - 03 Civ. 5766 (LMM), a Motion to Dismiss filed on 3/08/04 by Peter L. Venetis;
Doc. #5 - 03 Civ. 5767 (LMM), a Motion to Dismiss filed on 3/08/04 by Peter L. Venetis;
Doc. #7 - 03 Civ. 5769 (LMM), a Motion to Dismiss filed on 3/08/04 by Peter L. Venetis;
Doc. #5 - 03 Civ. 5770 (LMM), a Motion to Dismiss filed on 3/08/04 by Peter L. Venetis;
Doc. #5 - 03 Civ. 5773 (LMM), a Motion to Dismiss filed on 3/08/04 by Peter L. Venetis;
Doc. #8 - 03 Civ. 5775 (LMM), a Motion to Dismiss filed on 3/08/04 by Peter L. Venetis;
Doc. #5 - 03 Civ. 5777 (LMM), a Motion to Dismiss filed on 3/08/04 by Peter L. Venetis;
Doc. #4 - 03 Civ. 5779 (LMM), a Motion to Dismiss filed on 3/08/04 by Peter L. Venetis;
Doc.# 7 - 03 Civ. 5785 (LMM), a Motion to Dismiss filed on 3/08/04 by Peter L. Venetis;
Doc. #6 - 03 Civ. 5787 (LMM), a Motion to Dismiss filed on 3/08/04 by Peter L. Venetis;
Doc. #7 - 03 Civ. 5790 (LMM), a Motion to Dismiss filed on 3/08/04 by Peter L. Venetis; and
Doc. #6 - 03 Civ. 5793 (LMM), a Motion to Dismiss filed on 3/08/04 by Peter L. Venetis.

Please Memo-Endorse this Memorandum so that it can be forwarded to the Clerk to update your Pending Motions Report on ECF.

h:\VenetisLMM092612.wpd

*Approved.*

*[signature] 10/2/12*