UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

IN RE ADELPHIA COMMUNICATIONS
CORPORATION SECURITIES AND
DERIVATIVE LITIGATION

03 MDL 1529 (JMF)

-------------------------------------------------------------------X

ORDER

This Document Relates To:

NEW YORK CITY EMPLOYEES' RET. SYS.
v. RIGAS (02-cv-9804)

NEW YORK CITY EMPLOYEES' RET. SYS.
v. ADELPHIA (03-cv-5789)

DIVISION OF INV. OF THE NEW JERSEY DEP'T OF
THE TREASURY v. RIGAS (03-cv-7300)

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    The status letter submitted by Lowenstein Sandler on behalf of co-lead counsel for the Class in response to the Court's Order dated November 9, 2012, references two motions to dismiss filed in March 2004 by the Rigas defendants. (03 MDL 1529 Docket Nos. 108-09). According to the letter, prior orders of the Court have resolved some, but not all, of the issues raised in those motions. Because it is unclear whether and to what extent those motions are now moot, the Court hereby DENIES the motions without prejudice to the Rigas defendants filing any new motion addressing the same subject matters no later than **January 18, 2013**. In the event the Rigas defendants file any such motion, opposition papers are due on **February 1, 2013**, and a reply, if any, is due on **February 8, 2013**.

    SO ORDERED.

Dated: December 17, 2012
      New York, New York

JESSE M. FURMAN
United States District Judge