UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE ADELPHIA COMMUNICATIONS
CORPORATION SECURITIES AND
DERIVATIVE LITIGATION

No. 03 MD 1529 (LMM)

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

THIS DOCUMENT RELATES TO:
No. 03 Civ. 5794

---

IT IS HEREBY STIPULATED AND AGREED by and between all remaining parties to the action captioned *Elkmont Capital Ltd. v. Deloitte & Touche, et al.*, No. 1:03-cv-05794 (LMM) (the "Action"), by and through their undersigned counsel, that the Action is dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(a)(ii), without costs or disbursements as against any party.

Dated: December 12, 2012

BICKEL & BREWER

By: _____
Alexander D. Widell

767 Fifth Avenue, 50th Floor
New York, NY 10153
(212) 489-1400

*Attorneys For Plaintiff*

THORP REED & ARMSTRONG, LLP

By: _____
William M. Wycoff
J. Alexander Hershey

One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219

*Attorneys for Defendant Buchanan
Ingersoll & Rooney PC*

1