FORMAN, S

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE ADELPHIA COMMUNICATIONS CORP. SECURITIES & DERIV. LITIG. | 03 MD 1529 (JMF) |

This Document Relates To:

03-CV-7301

APPALOOSA INVESTMENT LIMITED PARTNERSHIP I; et al.,

Plaintiffs.

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Appaloosa Investment Limited Partnership I, et al. in the above captioned matter ("Plaintiffs"), and Defendant Buchanan Ingersoll & Rooney PC, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the claims asserted by Plaintiffs against Buchanan in the above-captioned action against Buchanan are dismissed with prejudice with each party to bear its own fees and costs.

Dated: December 21, 2012

Lawrence M. Rolnick
Lowenstein Sandler PC
65 Livingston Ave
Roseland, New Jersey 07068
Tel: 973.597.6218
E-mail: lrolnick@lowenstein.com

*Counsel for Plaintiff*

Respectfully submitted:

William M. Wycoff
J. Alexander Hershey
THORP REED & ARMSTRONG, LLP
Firm I.D. No. 282
One Oxford Centre
301 Grant Street
Pittsburgh, PA  15219-1425
(412) 394-7711
412) 394-2555 (fax)

*Counsel for Defendant
Buchanan Ingersoll & Rooney PC*

(01418393)

SO ORDERED:

U.S.D.J.
1/2/13