FURMAN, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ADELPHIA COMMUNICATIONS CORP. SECURITIES & DERIV. LITIG.<br><br>This Document Relates to:<br>03-CV-5752<br>W.R. Huff Asset Management Co., L.L.C.,<br>          Plaintiff. | 03 MD 1529 (JMF) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/13

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between W.R. Huff Asset Management Co., L.L.C. ("Huff"), as investment adviser and attorney-in-fact on behalf of certain beneficial owners of debt securities issued by Adelphia Communications Corporation and Arahova Communications Inc. f/k/a Century Communications Corporation (together with Huff, "Plaintiffs"), and Defendant Buchanan Ingersoll & Rooney PC, through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the claims asserted by Plaintiffs against Buchanan in the above-captioned action against Buchanan are dismissed with prejudice with each party to bear its own fees and costs.

Dated: December 21, 2012

_/s/ Lawrence M. Rolnick_
Lawrence M. Rolnick
Lowenstein Sandler PC
65 Livingston Ave
Roseland, New Jersey 07068
Tel: 973.597.6218
E-mail: lrolnick@lowenstein.com

*Counsel for Plaintiffs*

Respectfully submitted:

_/s/ William M. Wycoff_
William M. Wycoff
J. Alexander Hershey
THORP REED & ARMSTRONG, LLP
Firm I.D. No. 282
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219-1425
(412) 394-7711
412) 394-2555 (fax)

*Counsel for Defendant*
*Buchanan Ingersoll & Rooney PC*

{01418393}

SO ORDERED:

_____
U.S.D.J.
1/2/13