FURMAN, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ADELPHIA COMMUNICATIONS
CORP. SECURITIES & DERIV. LITIG.

This Document Relates to:

NEW YORK CITY EMPLOYEES'
RETIREMENT SYSTEM, *et al.* (03-CV-5789)

Plaintiffs.

03 MD 1529 (~~LMM~~) (JMF)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs the New York City Employees' Retirement System, New York City Teachers' Retirement System, New York City Board of Education Retirement System, New York City Police Department Pension Fund, New York City Fire Department Pension Fund, New York City Police Officers' Variable Supplements Fund, New York City Police Superior Officers' Variable Supplements Fund, New York City Firefighters' Variable Supplements Fund and New York City Fire Officers' Variable Supplements Fund ("Plaintiffs") and Defendant Buchanan Ingersoll & Rooney PC ("Buchanan"), through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the claims asserted by Plaintiffs against Buchanan in the above-captioned action are dismissed with prejudice with each party to bear its own fees and costs.

Dated: 12/26/12

Jonathan M. Plasse
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 883-7052

*Counsel for Plaintiffs*

Respectfully submitted:

William M. Wycoff
J. Alexander Hershey
Thorp Reed & Armstrong, LLP
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425
(412) 394-7711

*Counsel for Defendant
Buchanan Ingersoll & Rooney PC*

{01420028}

**SO ORDERED:**

_____
U.S.D.J.
1/2/13