FURMAN, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ADELPHIA COMMUNICATIONS
CORP. SECURITIES & DERIV. LITIG.

This Document Relates to:

DIVISION OF INVESTMENT OF THE
NEW JERSEY DEPARTMENT OF THE
TREASURY (03-CV-7300)

Plaintiff.

03 MD 1529 (~~LMM~~) (SMF)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff the Division of Investment of the New Jersey Department of the Treasury ("Plaintiff") and Defendant Buchanan Ingersoll & Rooney PC ("Buchanan"), through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the claims asserted by Plaintiff against Buchanan in the above-captioned action are dismissed with prejudice with each party to bear its own fees and costs.

Dated: Dec. 26, 2012

Stephen W. Tountas
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 883-7052

*Counsel for Plaintiff*

Respectfully submitted:

William M. Wycoff
J. Alexander Hershey
Thorp Reed & Armstrong, LLP
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425
(412) 394-7711
(412) 394-2555 (fax)

*Counsel for Defendant*
*Buchanan Ingersoll & Rooney PC*

SO ORDERED:

U.S.D.J.
1/2/13

[01420029]