UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
                                                          :

IN RE ADELPHIA COMMUNICATIONS CORPORATION   :
SECURITIES AND DERIVATIVE LITIGATION,               :

```
                                                        USDC SDNY
                                                        DOCUMENT
                                                        ELECTRONICALLY FILED
                                                        DOC #:_____
                                                        DATE FILED: May 07, 2013
```

------------------------------------------------------------------------- X

THIS DOCUMENT RELATES TO:

                               03 MDL 1529 (JMF)

*New York City Employees' Ret. Sys. v. Rigas* (02cv9804)
*New York City Employees' Ret. Sys. v. Adelphia* (03cv5789)      ORDER
*Division of Inv. of the New Jersey Dep't of the Treasury v. Rigas* (03cv7300)
*W.R. Huff Asset Management Co., L.L.C. v. Deloitte & Touche* (03cv5752)
*W.R. Huff Asset Management Co., L.L.C. v. Deloitte & Touche* (07cv6849)

------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

      As discussed on the record at the conference held before the Court yesterday, the Clerk of Court is directed to terminate the following parties from the cases listed below:

**New York City Employees' Ret. Sys. v. Rigas (02cv9804)**
Michael J. Rigas
James P. Rigas
Dennis P. Coyle
Pete J. Metros
Erland E. Kalbourne

**New York City Employees' Ret. Sys. v. Adelphia (03cv5789)**
Adelphia Communications Corp.
Michael J. Rigas
James P. Rigas
Dennis P. Coyle
Pete J. Metros
Erland E. Kalbourne
Daniel R. Milliard
Perry S. Patterson
Leslie J. Gelber

**Division of Inv. of the New Jersey Dep't of the Treasury v. Rigas (03cv7300)**
Michael J. Rigas
James P. Rigas
Dennis P. Coyle
Pete J. Metros
Erland E. Kalbourne

**W.R. Huff Asset Management Co., L.L.C. v. Deloitte & Touche (03cv5752)**
Ainsworth E. Morris
Banc of America Securities, LLC

**W.R. Huff Asset Management Co., L.L.C. v. Deloitte & Touche (07cv6849)**
Citigroup Global Markets Holdings, Inc.
Banc of America Securities, LLC

    SO ORDERED.

Dated: May 7, 2013
    New York, New York

                                                             JESSE M. FURMAN
                                                        United States District Judge