UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  May 07, 2013
```

-----------------------------------------------------------------------X
:
IN RE ADELPHIA COMMUNICATIONS                   :
CORPORATION SECURITIES AND                      :
DERIVATIVE LITIGATION                           :
:
-----------------------------------------------------------------------X         03 MDL 1529 (JMF)
:
THIS DOCUMENT RELATES TO:                        :                    ORDER
:
*Appaloosa Investment v. Deloitte & Touche* (03cv7301)   :
*W.R. Huff Asset Management Co., L.L.C. v. Deloitte &*    :
*Touche* (03cv5752)                              :
*W.R. Huff Asset Management Co., L.L.C. v. Deloitte &*    :
*Touche* (07cv6849)                              :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As discussed on the record at the conference held before the Court yesterday, any

pending motion to dismiss filed in these cases is hereby DENIED without prejudice.


        SO ORDERED.

Dated: May 7, 2013
        New York, New York
                                        _____
                                            JESSE M. FURMAN
                                          United States District Judge