# Lowenstein Sandler LLP

D&F

Sheila A. Sadighi
Partner

65 Livingston Avenue
Roseland, NJ 07068
T  973 597 6218
F  973 597 6219
ssadighi@lowenstein.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2013
```

May 8, 2013

VIA E-MAIL

The Honorable Jesse M. Furman
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1640
New York, New York 10007-1312
E-mail: Furman_NYSDChambers@nysd.uscourts.gov

Re: *In re Adelphia Communications Corp. Securities & Derivative Litigation*
03 MD 1529 (JMF)

**This Document RelatesTo:**
*W.R. Huff Asset Management Co., L.L.C., et al. v. Deloitte & Touche LLP, et al.,*
Civil Action No. 03-CV-5752 (JMF) ("*Huff 1*")

*W.R. Huff Asset Management Co., L.L.C., et al. v. Deloitte & Touche LLP, et al.,*
Civil Action No. 07-CV-6849 (JMF) ("*Huff 3*")

*Appaloosa Investment, et al. v. Deloitte & Touche LLP, et al.,*
Civil Action No. 03-CV-7301 (JMF) ("*Appaloosa*")

Dear Judge Furman:

We represent Plaintiffs in the *Huff 1*, *Huff 3* and *Appaloosa* matters. Following the conference with the Court on Monday, May 6, we and counsel for the Rigas Defendants have agreed to jointly request the assistance of the Magistrate Judge in a settlement discussion. Counsel will make themselves available at the Court's earliest convenience on or after Tuesday, May 21, 2013. We thank the Court for its assistance in this matter.

Respectfully submitted,

Sheila A. Sadighi

cc: Christie Callahan Comerford, Esq. (via e-mail to ccomerford@dilworthlaw.com)
    Jeffrey T. Golenbock, Esq. (via e-mail to jgolenbock@golenbock.com)