USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
IN RE ADELPHIA COMMUNICATIONS :
CORPORATION SECURITIES AND DERIVATIVE : 03 MD 1529 (JMF)
LITIGATION :
:
------------------------------------------------------------ X
:
This Document Relates To: :
: Case No. 03-CV-5752 (JMF)
THE ACCIDENT FUND COMPANY, et al., :
:
Plaintiffs, :
:
-against- :
:
DELOITTE & TOUCHE LLP, et al., :
:
Defendants. :
:
------------------------------------------------------------ X

## FRCP 41(a)(1)(A)(i) NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs The Accident Fund Company Blue Cross Blue Shield of Michigan, Willard E. Alexander, Allegheny Technologies Incorporated, Aluminum Company of America, Inc., American Friends of the Hebrew University, The American University in Cairo, Amphenol Corporate Pension Plan, Anne Arundel County, Maryland, t/a Anne Arundel County Retirement & Pension System, Bruce A. Bassock, Jeffrey L. Bassock, Stephen A. Bassock, Blue Moon Fund f/k/a W. Alton Jones Foundation Inc., The Trustees of Boston College, Bowdoin College, The Bradley Trusts, Broad Foundation, Broadsword Limited, Brown Family Partnership, California State Automobile Association, CCC Investment Trust, Pactiv Corporation General Employee Benefit Trust, Central States Southeast and Southwest Areas Pension Fund, The Children's Hospital

Foundation, College of the Holy Cross, The Commonfund For Nonprofit Organizations and its subsidiaries and affiliates (d/b/a Commonfund group), on behalf of its High Yield Bond Fund, Multi-Strategy Bond Fund and Equity Opportunities Fund (as successor in interest to its growth opportunities fund), Commonfund Institutional Core Plus Bond Fund, LLC (as successor in interest to the CIF Core Plus Bond Fund), and Commonfund Absolute Return Investors Company, Congregation of Divine Providence, Dallas Police & Fire Pension System, Dallas Symphony Foundation, Inc., Deerfield, L.L.C., Del Monte Corporation Defined Benefit Master Trust, Delta Air Lines Benefit Trusts, Demeter Trust, DePauw University, Joan Diller, Stanley Diller, Dominion Resources, Retail Clerks Pension Trust, The University of Connecticut Foundation, Inc., Edwin Gould Foundation, Eximius Capital Funding Ltd., Exora Investments LLC, Father Flanagan's Trust Fund, Richard Ferguson, Marissa Ferguson, First Church of Christ, Scientist, The Mother Church Pension & Benefit Trust, Christian Science Trustees for Gift and Endowments, The Fisher Scientific Int'l Inc. Defined Benefit Master Trust, The Foundation for Research, Research Development Foundation, Sally Freund, Fred Galland, General Motors Investment Management Corp., Charles Genuardi, Goldsmith Family Foundation, Goldsmith Testamentary Trusts, Bennett Goodman, John F. Gottshall, Granite Growth Investment III, LP, Granite Growth Investment VI, LP, Granite Growth Investment LLC, IV, Alan Green, Lydia Green, Sandra Green, Hebrew Rehabilitation Center for the Aged, Honeywell Pension Investment Committee, Horace Mann Insurance Company, Horace Mann Life Insurance Co., Horace Mann Teachers Insurance Company, Horace Mann Educators Corp., Allegiance Life Insurance Company, HOWW, L.L.C., The Huff Alternative Fund, L.P., International Monetary Fund Staff Retirement Plan, International Paper, J.C. Penney Corporation, Inc. Benefit Plan Investment Committee, Jane Gerben Trust, By Its Trustee Fred

2

Galland, Joanne Yampol Revocable Trust, Joanne Yampol, Joseph Yampol, Anthony Yampol Trust, Barry Yampol Trust, Brian Yampol Trust, Eric Yampol Trust, Joseph Yampol Trust #2, Jessica Yampol Trust, Yampol Family Trust, Elizabeth M. Johnston, Carol M. Judelson, Peter Kalkus Ira, Kamilche Company, Devon Kelly, William Kelly, Costas Kondylis, The Kroger Co. Master Retirement Trust, L-3 Communications Corporation, Lehigh University, Levine Investments Limited Partnership, William and Bonnie Loftus, Lukeswood Holdings, L.P., Lukeswood, L.L.C, Melvin Markey, Mary Hitchcock Memorial Hospital n/k/a Dartmouth-Hitchcock, Maryland-National Capital Park and Planning Employees Retirement System, Richard Miller, San Diego County Employees Retirement Association, James T. Morley, Museum of Science, Navy Exchange Service Command Retirement Trust, New York Public Library, The New York Times Company, Orchid Investments L.L.C., Harry Orgler, Celanese America Corp. Retirement Pension Plan, Charles Paturick, Robert Paturick, Sarah Paturick, The Penates Foundation, Peoples Energy Corporation Pension Trust, Pictet & Cie Banquiers, Ilene Powers, Public Services Enterprise Group, PSEG Qualified CIV and PSEG Nuclear LLC Master Decommissioning Trust, Qwest Pension Trust, Qwest Occupational Health Trust, Qwest Combined DB/DC Master Trust, Research Beneficial Trust, Stephen Robin, Monsanto Company, Sprint Corporation, Sprugos Investments, L.L.C., Stichting Bedrijfspensioenfonds Voor de Metaal en Technisehe Bedrijifstakken, Stichting Blue Sky Active High Yield Fixed Income USA Fund, Tennessee Valley Authority Retirement System, Texas County And District Retirement System, John T. Thornton, The Timken Company Collective Investment Trust For Retirement Trusts, Trinity College, University at Buffalo Foundation, Inc., The Edgerton Foundation, University of Minnesota Foundation Investment Advisors, Trustee of the University of Pennsylvania, Virginia Retirement System, Wagner & Brown, Ltd., Joseph Wallendal, Wells

College, Wesleyan College, Western Conference of Teamsters Pension Trust Fund, Western Pennsylvania Teamsters and Employers Pension Fund, WRH Offshore High Yield Partners, L.P., XL Investments, XL Investment XL House, XL Investments, Ltd., XL Re Ltd., Gail Yampol, Hope Yampol, Simon Young, Caterpillar Inc., and MLC Investments Limited (collectively, the "Huff Plaintiffs"), by their undersigned counsel, hereby dismiss the claims asserted by the Huff Plaintiffs against defendants James P. Rigas, John J. Rigas, Michael J. Rigas, Timothy J. Rigas, and Peter L. Venetis, such dismissal to be with prejudice and without costs to any party.

Dated: New York, New York
September 13, 2013

LOWENSTEIN SANDLER LLP

By: _____
Lawrence M. Rolnick (LR-0546)

65 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 597-2500
Fax: (973) 597-2400

Attorneys for the Huff Plaintiffs

As this stipulation resolves all remaining claims in this case, the Clerk of Court is directed to close the case.

SO ORDERED:

_____
United States District Judge
Dated: September 16, 2013