UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ADELPHIA COMMUNICATIONS CORPORATION SECURITIES AND DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>Consolidated Class Action Complaint (Nos. 03-CV-5755;   03-CV-5756; 03-CV-5757; 03-CV-5758; 03-CV-5759; 03-CV-5760; 03-CV-5761; 03-CV-5762; 03-CV-5763; 03-CV-5764; 03-CV-5765; 03-CV-5766; 03-CV-5768; 03-CV-5769; 03-CV-5770; 03-CV-5771; 03-CV-5774; 03-CV-5775; 03-CV-5776; 03-CV-5778; 03-CV-5780; 03-CV-5781; 03-CV-5783; 03-CV-5784; 03-CV-5785; 03-CV-5786; 03-CV-5787; 03-CV-5790; 03-CV-5791; 03-CV5792). | 03 - MD - 1529 (JMF)<br><br>Civil Case No.: 03 Civ. 5785 |

**NOTICE OF LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT AND APPROVAL OF PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Final Settlement and Providing for Notice dated June 24, 2013 [Dkt. No. 816], and upon the accompanying: (i) Joint Declaration of Judith L. Spanier and Mark A. Strauss in Support of Lead Plaintiffs' Motion for Final Approval of the Settlement with Buchanan, Proposed Plan of Allocation, Final Certification and Award of Attorneys' Fees and Reimbursement of Expenses, dated September 20, 2013, and the exhibits attached thereto; (ii) Lead Plaintiffs' Memorandum of Law in Support of Motion for Final Approval of Proposed Class Action Settlement and Approval of Plan of Allocation; (iii) Affidavit of Michael B. Miller in Support of Lead Plaintiffs' Motion for Final Approval of the Buchanan Settlement dated

September 19, 2013; (iv) Declaration of the Honorable Daniel Weinstein dated September 20, 2013; and (iv) all other papers and proceedings herein, plaintiffs Eminence Capital LLC, Argent Classic Convertible Arbitrage Fund L.P., Argent Classic Convertible Arbitrage Fund (Bermuda), Ltd., Argent Lowlev Convertible Arbitrage Fund, Ltd., UBS O'Connor LLC f/b/o UBS Global, Equity Arbitrage Master, Ltd., and UBS O'Conner LLC f/b/o UBS Global Convertible Portfolio (collectively, "Lead Plaintiffs") will and do hereby move this Court, before the Honorable Jesse M. Furman, on November 1, 2013, at 11:00 a.m. in Courtroom 1105 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, or other such location and time as set by the Court, for entry of a Judgment approving the Settlement as fair, reasonable and adequate and for an entry of an Order approving the proposed Plan of Allocation as fair and reasonable.

Dated:   September 20, 2013

Respectfully Submitted,

| ABBEY SPANIER, LLP | KIRBY McINERNEY LLP |
|---|---|
| By: _/s/ Judith L. Spanier_ | By: _/s/ Mark A. Strauss_ |
| Arthur N. Abbey | Mark A. Strauss |
| Judith L. Spanier | Peter S. Linden |
| Richard B. Margolies | Beverly T. Mirza |
| 212 East 39th Street | 825 Third Avenue, 16th Floor |
| New York, NY 10016 | New York, NY 10022 |
| Telephone: (212) 889-3700 | Telephone: (212) 371-6600 |
| Facsimile: (212) 684-5191 | Facsimile: (212) 751-2540 |

*Co-Lead Counsel for Lead Plaintiffs*